693

### 23143. Edmondson *v*. Wilson.

Guerry, J. This case came to this court on the general grounds only. The evidence is amply sufficient to support the verdict, which has the approval of the trial judge. Therefore this court can not interfere therewith. *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

Decided October 6, 1933.

*W. A. Morgan, H. B. Edwards,* for plaintiff in error.
*C. J. Taylor,* contra.